### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MAXIMUM AVAILABILITY LIMITED, )<br>a New Zealand corporation, )<br>    )<br>   Plaintiff, )<br>v.   ) Case No. 09-CV-416-CVE-PJC<br>    )<br>COMPUTER BUSINESS SOLUTIONS, INC., )<br>an Oklahoma corporation, )<br>    )<br>   Defendant. ) | |

### ORDER TO APPEAR AND DISCLOSE PROPERTY

**TO:** COMPUTER BUSINESS SOLUTIONS, INC.
ATTN: RANDY DOWNING
3840 S 103RD E AVE, STE 227
TULSA, OK 74146

It appearing to the Court by the Motion for Order Requiring Judgment Debtor to Appear and Disclose Property [Docket No. 24] that the judgment rendered in the above entitled cause has not been satisfied,

**YOU ARE HEREBY ORDERED TO APPEAR** in person to disclose and answer concerning your property and assets, in Courtroom 2, Third Floor of the United States District Court for the Northern District of Oklahoma, at **9:30 a.m., on the 20th day of January, 2010.**

**YOU ARE ALSO ORDERED TO BRING WITH YOU THE FOLLOWING:** *See* Exhibit "1" attached hereto and made a part hereof.

**YOU ARE FURTHER ORDERED** to show cause why you should not be required to pay the judgment herein in installments in the event the Court may order you to do so; and

**YOU ARE ORDERED NOT TO PAY OUT, TRANSFER, MORTGAGE, ALIENATE, ENCUMBER, OR MAKE ANY OTHER DISPOSITION OF MONEY, PROPERTY, OR ASSETS, EITHER REAL OR PERSONAL, NOT EXEMPT BY LAW, UNTIL FURTHER ORDER OF THIS COURT**, except for the reasonable and necessary support of self and family or in the ordinary course of business.

DATED this 1st day of December, 2009.

_____
Paul J. Cleary
United States Magistrate Judge

**Exhibit "1"**

1. Copies of all federal and state tax returns filed by Computer Business Solutions, Inc. for 2004, 2005, 2006, 2007 and 2008.

2. Copies of all bank statements from any and all bank accounts held in the name of Computer Business Solutions, Inc. or any entity owned, operated, or controlled by Computer Business Solutions, Inc.

3. Copies of titles to property, whether real or personal, tangible or intangible, held in the name of Computer Business Solutions, Inc. or any entity owned, operated, or controlled by Computer Business Solutions, Inc.

4. Copies of all promissory notes made by Computer Business Solutions, Inc. or any entity owned, operated, or controlled by Computer Business Solutions, Inc. during years 2004, 2005, 2006, 2007, 2008, and 2009;

5. Copies of all judgments filed in any court against Computer Business Solutions, Inc. or any entity owned, operated, or controlled by Computer Business Solutions, Inc.

6. Copies of any and all financial statements prepared for Computer Business Solutions, Inc. or any entity owned, operated, or controlled by Computer Business Solutions, Inc. during the years 2004, 2005, 2006, 2007, 2008, and 2009.

7. A current verified/sworn itemization of all property, whether real or personal, tangible or intangible, which is owned, possessed or held in the name of Computer Business Solutions, Inc. or any entity owned, operated, or controlled by Computer Business Solutions, Inc.

8. Copies of all agreements, letters, memoranda or other documents between Computer Business Solutions, Inc. or any entity owned, operated, or controlled by Computer Business Solutions, Inc. and any and all of their creditors concerning settlement and/or payments they have agreed to make to such creditors toward the debt owed to them.

9. Copies of all contracts in which Computer Business Solutions, Inc. or any entity owned, operated, or controlled by Computer Business Solutions, Inc. is a named party and entered into in 2004, 2005, 2006, 2007, 2008, and 2009.

10. All documents which relate in any way to any bankruptcy case filed under the name of Computer Business Solutions, Inc. or any entity owned, operated, or controlled by Computer Business Solutions, Inc. with any Bankruptcy Court in the United States of America.

11. All documents for Computer Business Solutions, Inc. during the period July 1, 2007 through June 30, 2008.