IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

MAXIMUM AVAILABILITY LIMITED, )
a New Zealand corporation, )
)
             Plaintiff, )
v. ) Case No. 09-CV-416-CVE-PJC
)
COMPUTER BUSINESS SOLUTIONS, INC., )
an Oklahoma corporation, )
)
             Defendant, )
And )
)
Randy Lee Downing )
202 West Deer Valley Drive )
Catoosa, OK 74015 )
)
             Garnishee. )

**GARNISHMENT AFFIDAVIT**
(12 O.S. § 1172)

**STATE OF OKLAHOMA**   )
                              ) ss
**COUNTY OF TULSA**   )

I, P. Scott Hathaway, being duly sworn, states as follows:

1.) That I am the Attorney for Maximum Availability Limited, the Judgment Creditor in the above-styled case;

2.) That Computer Business Solutions, Inc., the Defendant/ Judgment Debtor in the above-styled cause, is indebted to my client in the amount of $962,859.62 on the original claim, over and above all offsets, plus post-judgment interest at the statutory rate.

3.) That the Judgment Debtor is further indebted to my client as follows:

Interest accruing at the statutory rate from the date of judgment until present.

4.) That I believe that Randy Lee Downing is indebted to or has property within his possession or under his control, which is not by law exempt from seizure or sale upon execution, belonging to the Defendant/ Judgment Debtor.

5.) That I am not seeking a continuing garnishment.

By: /s/ P. Scott Hathaway
P. Scott Hathaway, OBA #13695
Paige N. Shelton, OBA #20330
CONNER & WINTERS, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-8510
(918) 586-8610 fax
shathaway@cwlaw.com
pshelton@cwlaw.com

*ATTORNEYS FOR JUDGMENT CREDITOR,*
*MAXIMUM AVAILABILITY LIMITED*

Subscribed and sworn to before me this 6th day of January, 2011.

Notary Public Oklahoma
OFFICIAL SEAL
Shelly Don Jones
Tulsa County
07009448  Exp. 10-8-11

/s/ Shelly Don Jones
Notary Public

_____
My Commission Expires:
Commission Number:

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2011 I served the foregoing document by first class, U.S. Mail, with potage prepaid on the following, who are not registered participants of the ECF System:

Randy Lee Downing
202 West Deer Valley Drive
Catoosa, OK   74015


_____/s/P. Scott Hathaway_____