IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MAXIMUM AVAILABILITY LIMITED,<br>a New Zealand corporation,<br><br>   Plaintiff,<br><br>v.<br><br>COMPUTER BUSINESS SOLUTIONS, INC.<br>An Oklahoma corporation,<br><br>   Defendant,<br><br>And<br><br>Randy Lee Downing<br>202 West Deer Valley Drive<br>Catoosa, OK 74015,<br><br>   Garnishee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 09-CV-416-CVE-PJC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

COMES NOW Ronald D. Cates and hereby enters his appearance as counsel of record for Randy Lee Downing. I certify that I am admitted to practice in this Court. I further state that I am registered with the ECF system.

             By: _/s/Ronald D. Cates_
             Ronald D. Cates, OBA #1565
             601 South Boulder, Suite 400
             Tulsa, Oklahoma 74119-1304
             Telephone: (918) 582-3222
             Facsimile: (918) 582-2705
             E-mail: rcates@tulsacoxmail.com

             Attorney for Garnishee

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 19th day of January 2011, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

P. Scott Hathaway
Page Shelton
CONNER & WINTERS, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-8510
(918) 586-8610 fax
shathaway@cwlaw.com
pshelton@cwlaw.com

        /s/ Ronald D. Cates
        Ronald D. Cates
        601 South Boulder, Suite 400
        Tulsa, Oklahoma 74119-1304
        Telephone: (918) 582-3222
        Facsimile: (918) 582-2705
        E-mail: rcates@tulsacoxmail.com

        Attorney for the Garnishee